IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAM RONALD BAKER,**<br><br>Defendant. | No. _____<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 851<br>(Possession with Intent to Distribute Methamphetamine) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about December 1, 2019, in the District of Wyoming, the Defendant, **WILLIAM RONALD BAKER**, did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 851.

### PRIOR CONVICTION

The following allegation is hereby incorporated by reference:

Before the Defendant, **WILLIAM RONALD BAKER**, committed the offense charged in this Indictment, he was convicted of violating Wyoming Statute Annotated § 6-2-502(a)(ii), aggravated assault with a deadly weapon, a serious violent felony, for which he served more than 12 months of imprisonment.

A TRUE BILL:

*Ink Signature on File*
FOREPERSON

MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**        WILLIAM RONALD BAKER

**DATE:**                  March 16, 2020

**INTERPRETER NEEDED:**    No

**VICTIM(S):**             No

**OFFENSE/PENALTIES:**

    **Ct: 1**  21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 851
(Possession with Intent to Distribute Methamphetamine)

15 Years To Life Imprisonment
Up To $10,000,000 Fine
Nlt 5 Years To Life Supervised Release
$100 Special Assessment

**AGENT:**                 Russell Sparks, USSS Special Agent

**AUSA:**                  Christyne M. Martens, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**  1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**  Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**  No